UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, NEWARK DIVISION

LAZARAO CINTRON, individually and on behalf of all other similarly situated

    Plaintiff,

vs.

MONTEREY FINANCIAL SERVICES, INC. d/b/a MONTEREY COLLECTIONS

    Defendant.

Case No.: 17-cv-11538-JMV-CLW

## DEFENDANT MONTEREY FINANCIAL SERVICES, INC. D/B/A MONTEREY COLLECTIONS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that Monterey Financial Services, Inc. ("MFS"), by and through its undersigned counsel, will move before the Honorable John Michael Vazquez, United States District Court Judge, on March 4, 2019 at Courtroom PO 03 of the Martin Luther King Building, United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, requesting an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting MFS's motion and dismissing Plaintiff Lazaro Cintron's Complaint in its entirety.

In support hereof, MFS submits a brief, the documents submitted in supports of MFS's initial Motion to Dismiss dated January 16, 2018, and on all of the pleadings and proceedings in this action as prescribed under the local rules. Pursuant to Local Rule 78.1(b), oral argument is requested.

WHEREFORE, for the reasons stated in the brief and other supporting documents, MFS respectfully requests an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure

dismissing all counts of the Complaint along with all other relief this Honorable Court deems just and proper.

Dated: February 7, 2019

                                          Respectfully submitted,

                                          /s Sean M. O'Brien
                                          Sean M. O'Brien, Esq.
                                          New Jersey Bar #093702013
                                          Lippes Mathias Wexler Friedman LLP
                                          Attorneys for Defendant
                                          50 Fountain Plaza, Suite 1700
                                          Buffalo, NY 14202
                                          P: 716-853-5100
                                          F: 716-853-5100
                                          sobrien@lippes.com